**Order entered December 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00654-CV

### JUSTIN D. BURGESS, Appellant

### V.

### WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-17-00664-B

## ORDER

Before the Court is appellant's December 28, 2018 emergency motion to cap security on appeal at $15,000 and to refund funds posted in excess of that amount. We review the trial court's determination of the amount of security under an abuse-of-discretion standard. *G.M. Houser, Inc. v. Rodgers*, 204 S.W.3d 836, 840 (Tex. App.—Dallas 2006, no pet.). Appellant states the order was based on an agreement in open court between the parties and that there is not a reporter's record of the hearing containing the agreement. We conclude appellant has not shown the trial court abused its discretion by signing the order setting the amount of security.

Accordingly, we **DENY** appellant's motion without prejudice to refile after seeking relief in the trial court pursuant to Rule of Appellate Procedure 24.3(a).

/s/     LANA MYERS
        JUSTICE